IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

STATE OF NEW MEXICO, ex rel.,
HECTOR BALDERAS, Attorney General of
New Mexico,

        Plaintiff,

vs.                                                                                   No. CIV 17-0251 JB\LF

REAL ESTATE LAW CENTER, P.C., a
California professional corporation; ERIKSON
M. DAVIS, an attorney and resident of
California, individually, and dba Real Estate
Law Center, P.C., a California professional
corporation; DEEPAK S. PARWATIKAR, an
attorney and resident of California, individually,
and dba Balanced Legal Group, an unidentified
trade name or entity, dba
www.pinnaclelawcenter.com; CHAD T.
PRATT, an attorney and resident of California,
individually, and formerly dba Real Estate Law
Center, P.C.; the BALANCED LEGAL
GROUP, an unidentified trade name or entity
located in California, and PINNACLE LAW
CENTER, P.C., a California professional
corporation,

        Defendants.

## **FINAL JUDGMENT**

**THIS MATTER** comes before the Court on: (i) Default Judgment against Real Estate Law Center, filed June 11, 2018 (Doc. 75)("RELC Default Judgment"); (ii) Memorandum Opinion and Order Adopting the Magistrate Judge's Proposed Findings and Recommended Disposition, filed January 18, 2019 (Doc. 106)("PFRD"); (iii) Memorandum Opinion and Order, filed July 2, 2019 (Doc. 183)("MSJ MOO"); and (iv) Findings of Fact and Conclusions of Law, filed December 31, 2019 (Doc. 234). In its Default Judgment, the Court "determines that a default judgment should be entered against Defendant Real Estate Law Center on all issues of liability." Default Judgment

at 2. In its PFRD, the Court stated that it "will enter default judgment against [Davis] on all issues of liability." PFRD at 2. In its MSJ MOO, the Court grants summary judgment in favor of the Defendants Deepak S. Parwatikar, Balanced Legal Group, Pinnacle Law Center, P.C., and Chad T. Pratt "on the NMUPA issues other than the MFCFP claim" and "the injunctive relief issue." MSJ MOO at 131. In its Findings of Facts and Conclusions of Law, the "Court awards judgment against Real Estate Law [Center, P.C., Erikson] Davis, and [Chad] Pratt in the following amounts: (i) Real Estate Law: $85,941.20; (ii) Mr. Davis: $34,826.80; and (iii) Mr. Pratt: $36,955.00." Findings of Facts and Conclusions of Law at 2. The Court does not award judgment against Parwatikar, Balanced Legal Group, or Pinnacle Law Center, P.C. because they entered a settlement agreement in which all claims, except the claim that Pinnacle Law Center, P.C. provided substantial assistance to Real Estate Law Center, P.C., against them were dismissed with prejudice. See Findings of Facts and Conclusions of Law at 1-2. The Court dismissed the case with prejudice. See Findings of Facts and Conclusions of Law at 227. With no more parties, claims, or issues remaining before the Court, the Court enters final judgment.

**IT IS ORDERED** that (i) Defendant Real Estate Law Center, P.C. will pay $85,941.20; (ii) Defendant Erikson Davis will pay $34,826.80; (iii) Defendant Chad Pratt will pay $36,955.00; (iv) the case will be dismissed with prejudice; and (v) Final Judgment is entered.

_____
UNITED STATES DISTRICT JUDGE

*Counsel and parties:*

Hector H. Balderas
  Attorney General of the State of New Mexico
Angelica Anaya-Allen
Lisa Giandomenico
  Assistant Attorney General of the State of New Mexico
Attorney General of the State of New Mexico's Office
Santa Fe, New Mexico

    *Attorneys for the Plaintiff*

Real Estate Law Center, P.C.
Los Angeles, California

    *Defendant*

Erikson M. Davis
Newbury Park, California

    *Defendant pro se*

Paul J. Kennedy
Jessica M. Hernandez
Elizabeth Harrison
Kennedy, Hernandez & Associates, P.C.
Albuquerque, New Mexico

    *Attorneys for Defendants Deepak S. Parwatikar, Pinnacle Law Center, PC, and Balanced Legal Group*

Chad Thomas Pratt
Los Angeles, California

    *Defendant pro se*